UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TIMOTHY SKEES,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLES BANK,<br><br>    Defendant. | Civil Action No. 3:24-CV-292-CHB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Timothy Skees's Notice of Voluntary Dismissal Without Prejudice, [R. 9], of each of his claims against Defendant Peoples Bank in this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, and the Court being otherwise sufficiently advised,

    **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Admission Pro Hac Vice, [**R. 8**], is **DENIED AS MOOT**.

    This the 22nd day of May, 2024.

*[Signature: Claria Horn Boom]*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:    Counsel of Record